CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 0 8 2008

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JOHN THOMAS FUTCH,<br>　　　Petitioner, | )<br>) Civil Action No. 7:08-cv-00460<br>) |
| v. | ) **FINAL ORDER**<br>) |
| VIRGINIA DOC,<br>　　　Respondent. | ) By: Samuel G. Wilson<br>) United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Futch's 28 U.S.C. § 2254 petition shall be and hereby is **DISMISSED** without prejudice, and this action shall be **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this Order and accompanying Memorandum Opinion to the petitioner.

ENTER: This 6th day of August, 2008.

　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　United States District Judge